# In the United States Court of Federal Claims

No. 22-1673

(Filed: February 20, 2025)

```
*************************************
GEORGE DUNBAR PREWITT, JR.,        *
                                    *
              Plaintiff,            *
                                    *
       v.                           *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
*************************************
```

## ORDER

On February 19, 2025, the Clerk of Court received a document from George D. Prewitt, Jr., titled "Motion for Stay and/or Injunction Pending Appeal." The document was not filed on the docket because it did not comply with Rule 5.5(g) of the Rules of the United States Court of Federal Claims, which requires that "the name of the judge assigned to the case . . . be included directly below the docket number" in all filings. Despite this deficiency, this document **SHALL BE FILED BY LEAVE OF THE JUDGE**. The Clerk is instructed to file the document and to title it, "Motion for Stay and/or Injunction Pending Appeal."

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge